IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK Campbell

vs.

Alex Pierre ESQ

CIVIL ACTION NO.

205 MC-00164-HB

FILED

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**MOTION**

Petition for Oral Arguement
Petition to Open Judgement and
Petition for Sanction to Be paid
to the Plantiff or Restitution

While Doing a Redeen Search, I Just Discovered that the Above Case was Decied, without the Plaintiff's Views * or Opinion And Lots and Lots of Details + Information was some how left out.

<u>General Summary</u>, I hired MR Pierre to Represent me on a Fire Loss at my home which was Devastating to me for, I Lost Every thing I had. Due to the <u>Intentional</u> Mis Repsentating of the Defendant MR Pierre.

1-3

Mr. Pierre fraudlently and Intentionally stated that I signed A Landlord Check, And made many, many, many Lies, And Distortion Regarding my Claims and Stated that the Insurers had offered Him "KickBack" to <u>Intentionally Lose My Case</u> In which Mr. Pierre Eagerly

✳ Did So. The Defendant fraudlent own Action waives Any And All Time Limmit and or Statues that may Apply Regarding this matter. ~~For~~ All of the Harm that MR Pierre has cost me up to And Encluding the Loss of my Entire Home, my furniture, Closes, tools, Pictures, things that Cant Be Replaced. Meaktal Stress of Living Homless on the Dirty filty Streets of Phila. For His Own Greed + Selfishness. Mr. Pierre Sould Be permently Disbourst and forcesd to pay for Damages, to Me + the "<u>Little Old Lady</u>" He had Ripsd off with out Any Fourthaght what So- ever. I worked + Saved worked And Saved work + Saved for "17 Long Years to purchase A Home of my own, And MR. Pierre ESQ

2-3 over →

Caused me to Lose Everything for His own Greed & Selfishness. "17 Long Long Years of Saving and Working "Lost Due to Mr. Pierre Stated that the Insurers offered to Settle the Claim without me, thus, He (Mr. Pierre Could Get A "Kick Back" if He was Able to Cause Campbell to Lose His Case.

The Insurance Co. offered $25000.00 Twenty Five Thousand Dollars to Settle the case Pierre Advised me After a Hearing at the wanamaker Bld. "Not to Accept." only to put in a Letter to Accept. which was All untrue. & Lies.

Campbell Request oral arguement Regard the Above matter. And opening of Judgement, And Pierre total Disbarment, and Pierre Pay Restitution.

Please Help! I Have Not Recovered from the Harm Pierre Has Caused.

Sincerely,
Derrick Campbell
4134 Westminster Ave.
Phila. PA. 19104

3-3