IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | MISCELLANEOUS ACTION |
| ALEX HUGUES PIERRE | : | NO. 05-MC-164 |

ORDER

AND NOW, this 7th day of May, 2008, it is hereby ORDERED that the "petition for oral argument, petition to open judgement and petition for sanctions to be paid to the plaintiff or restition [sic]" of Derrick Campbell is DISMISSED without prejudice.

_____

Derrick Campbell contends that Alex Pierre, a suspended lawyer, committed fraud and certain other illegalities against him when Mr. Pierre represented him in connection with a fire loss at Mr. Campbell's home. Mr. Campbell has sought relief in the wrong forum. The role of this court was simply to impose discipline on Mr. Pierre and prevent him, for at least a time, from practicing law before this court. We do not adjudicate in this type of proceeding any disputes that may exist between him and his clients. Rather, Mr. Campbell should consult a lawyer and/or contact the Pennsylvania Lawyers Fund for Client Security, 4909 Louise Drive, Suite 101, Mechanicsburg, Pennsylvania 17055, Toll-Free: (800) 962-4618.

BY THE COURT:

/s/ Harvey Bartle III
C.J.